UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| NORMA BLACKSMITH, Special Administrator of the estate of Nathan Vaughn Dreamer, deceased,<br><br>      Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | CIV. 06-5022-AWB<br><br>**JUDGMENT** |

In accordance with the Court's Findings of Fact and Conclusions of Law filed on May 6, 2008, Docket 78, it is hereby

ORDERED that judgment is entered in favor of the United States of America.

Dated June 24, 2008.

                                    BY THE COURT:

                                    /s/ *Andrew W. Bogue*
                                    ANDREW W. BOGUE
                                    SENIOR DISTRICT JUDGE